UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HARRIS DEMPSEY BALLOW, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00018-JPH-DLP |
| MARIA DEL SOCORRO FLORES LIERA, DEL SUBSEBRETARIO DEL RELACIONES EXTERIORES Y DEL SUBSECRETARIO PARA AMERICA DEL NORTE Mexico, DEL SECRETARIO DEL RELACIONES EXTERIORES Mexico, PROCURADURIA GENERAL DE LA REPUBLICA Mexico, | ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This action is dismissed without prejudice.

Date: 8/7/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

HARRIS DEMPSEY BALLOW
42310080
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808